# LAW OFFICE OF ADAM G. SINGER, PLLC

ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

August 8, 2024

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:** ***Barbato v. Equifax Information Services, LLC et al.* 7:24-cv-04052-KMK**
**Plaintiff's Letter Motion to Reschedule Conference**

Dear Judge Karas:

This firm represents Plaintiff Joseph Barbato in this action. We write to respectfully request that the telephonic Rule 16 Conference, currently scheduled for Wednesday, September 18, 2024, at 12:00 p.m., be rescheduled to a time and date convenient for the Court during the first or second week of September, or alternatively, the week of September 23. We make this request with the consent of counsel for each Defendant. The reason for this request is that Plaintiff's counsel has arbitration in another matter scheduled for that date. This is Plaintiff's first request for rescheduling.

Granted. The new conference date
9/ 5 /24, at 10:00

So Ordered.

8/8/24

Respectfully submitted,

*/s/ Adam G. Singer*
Adam G. Singer
**LAW OFFICE OF ADAM G. SINGER, PLLC**
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165
asinger@adamsingerlaw.com
212.842.2428
*Counsel for Plaintiff Joseph Barbato*

**ROCKLAND**
400 RELLA BOULEVARD, SUITE 207- 488
MONTEBELLO, NY 10901

www.adamsingerlaw.com

**WESTCHESTER**
445 HAMILTON AVENUE, SUITE 1102
WHITE PLAINS, NY 10601