UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Barbato,

                              Plaintiffs,

        -against-

Equifax Information Services, LLC et al.,

                              Defendant.
------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24-cv-04052-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for November 6, 2024 **at** 10:30 am. The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739, then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

     **SO ORDERED.**

DATED:    White Plains, New York
               September 6, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge